AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

3

_____ DISTRICT OF _____

Allen Fry and Miguel Lopez

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: B 01 - 72

AKAL Security, Inc.

United States District Court
Southern District of Texas
FILED

MAY 2 1 2001

Michael N. Milby
Clerk of Court

**TO:** (Name and address of defendant)

Akal Security, Inc.
Defendant  by serving its registered agent:
Richard Wimberly
1110 Kingwood Drive, Suite 203
Kingwood, TX  77339

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael R. Cowen
MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Tx. 78520

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

5/7/01

CLERK

DATE

_(signature)_

(BY) DEPUTY CLERK

# AUTHORIZED OFFICER'S RETURN

CASE #: B-01-72                                            COURT

Came to hand on the __510__ day of __May__, 2001 at __14:04__ o'clock __P__.M.

Documents received for service:

**FEDERAL SUMMONS IN A CIVIL CASE**

Executed on the __14__ day of __May__, 2001 at __9:44__ o'clock __P__.M.

Executed at __1110 Kingwood DR #203__

__Kingwood TX__ within the County of __Harris__ by delivering

to: Akal Security, Inc.
    Reg. Agent: Richard Wimberly

_witness Signature_

a true copy of the documents listed above having first endorsed on the date of delivery

in the following manner:

__✓__ by delivering to the above in person.

**SUBSTITUTE SERVICE CAN ONLY BE MADE AFTER A COURT ORDER IS OBTAINED FROM THE JUDGE.**

____ (Substitute Service) per T.R.C.P Rule 106 Order by delivering to:_____
_____ in person over the age of sixteen then residing therein, to wit:
____ by posting; by securely affixing to the main door at the above address, per T.R.C.P. Rule 106 Order.

## DUE DILIGENCE ATTEMPTS

| Date | Time | Reason For Non Service |
|---|---|---|
| __/__/__ | __:__ am/pm | |
| __/__/__ | __:__ am/pm | |
| __/__/__ | __:__ am/pm | |
| __/__/__ | __:__ AM/PM | |

I, am over the age of eighteen, not a party to nor interested in the outcome of the above numbered suit and authorized to serve citations and other notices in my State.

Service Fee $_____

Printed Name: __JESSE SPICER__
Authorized Person / ~~Constable~~ / ~~Sheriff~~
OR#/ID# _____

STATE OF _____ }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn declared that the statements therein contained are true and correct. Given my hand and seal of office on this the __15__ day of __May__, 2001.

V M WALKER
NOTARY PUBLIC
State of Texas
Comm Exp 01-11-2005

__VM Walker__
NOTARY PUBLIC SIGNATURE