7

THE HONORABLE JOHN WM. BLACK

TELEPHONIC INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

JUN 2 2 2001

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. **B-01-072**            DATE & TIME: __06-22-01 AT 2:00 P.M.__

**ALLEN FRY AND MIGUEL LOPEZ**        PLAINTIFF(S) ___**MICHAEL COWEN**___
                                      COUNSEL

VS.

**AKAL SECURITY, INC.**               DEFENDANT(S) ___**J. TULLOS WELLS**___
                                      COUNSEL        ___**RAQUEL PEREZ**___

-------------------------------------------------------------------------------

    A telephonic initial pretrial conference was held in chambers. Attorney Michael Cowen was present, attorney Raquel Perez appeared telephonically.

    Scheduling dates were selected.

    A scheduling order will be sent.

ClibPDF - www.fastio.com