IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 19 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ALLEN FRY and MIGUEL LOPEZ, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-CV-72 |
| | § | |
| AKAL SECURITY, INC., | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to this Court's Order for Conference, Defendant Akal Security, Inc., respectfully submits this Certificate of Interested Parties to the Court.

1. The Court's Order for Conference and Disclosure of Interested Parties provides that counsel shall file with the clerk a certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

2. Defendant Akal Security, Inc., and Plaintiffs Allen Fry and Miguel Lopez have a financial interest in the outcome of this litigation. Underwriters at Lloyd's, London provides insurance coverage for Defendant on selected matters.

3. Defendant is not aware of any other persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

Dated: July 18, 2001

Respectfully submitted,

_____
Raquel G. Pérez
Attorney-in-Charge
State Bar No. 00784746
Southern District Bar No. 19187
J. Tullos Wells
State Bar No. 21146500
Southern District Bar No. 8337
Bracewell & Patterson, L.L.P.
106 South St. Mary's Street
Suite 800
San Antonio, Texas 78205
Telephone: (210) 226-1166
Facsimile: (210) 226-1133

ATTORNEYS FOR DEFENDANT
AKAL SECURITY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Certificate of Interested Parties has been sent by certified mail, return receipt requested, to counsel of record for Plaintiff, Michael Raphael Cowen, 765 East 7th Street, Suite A, Brownsville, Texas 78520 on this the 18th day of July, 2001.

_____
Raquel G. Pérez