IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 2 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALLEN FRY and MIGUEL LOPEZ, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-01-CV-72 |
| § | |
| AKAL SECURITY, INC., § | |
| § | |
| Defendant. § | |

## DEFENDANT'S INITIAL DISCLOSURES

In accordance with Rule 26(a)(1), Fed. R. Civ. P., Defendant RHI Consulting respectfully makes the following initial disclosures:

A.  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE**:

1.  Lana Besteiro
    CSO
    Federal Courthouse
    600 E. Harrison Street
    Brownsville, Texas 78520

    Ms. Besteiro has knowledge of both Allen Fry's and Miguel Lopez' employment with Defendant and conduct during such employment.

2.  Robert Cervantes
    Southern District United States Marshal
    Federal Courthouse
    600 E. Harrison Street
    Brownsville, Texas 78520

    Mr. Cervantes has knowledge regarding Roy Zepeda and the events involving Plaintiff Miguel Lopez on December 14, 1999.

3.  Emilo Escobedo
    CSO
    Federal Courthouse
    600 E. Harrison Street
    Brownsville, Texas 78520

    Mr. Escobedo has knowledge of Plaintiff Lopez's claims regarding training in this action.

4.  Allen Fry
    Plaintiff
    102 South Clubhouse Road
    Brownsville, Texas 78521

    Mr. Fry has knowledge regarding the allegations contained in his Complaint.

5.  Robert Gutierrez
    FBI Agent
    Department of Justice
    P.O. Box 1630
    San Antonio, Texas 78296

    Mr. Gutierrez is an FBI agent who entered the Federal Courthouse Building in Brownsville, Texas on December 14, 1999.

6.  Sat Nirmal Khalsa
    Chief Executive Officer
    Akal Security, Inc.
    P.O. Box 1197
    Santa Cruz, New Mexico 87567

    Ms. Khalsa has knowledge regarding the claims of Miguel Lopez in this action.

7.  Miguel Lopez
    Plaintiff
    418 Winnipeg
    Brownsville, Texas 78526

    Mr. Lopez has knowledge regarding the allegations contained in his Complaint.

-2-

ClibPDF - www.fastio.com

8.  Louis McDaniel
    District Supervisor
    Southern District of Texas Command Center
    515 Rusk Avenue
    Houston, Texas 77002

    Mr. McDaniel has knowledge regarding the Mr. Fry's and Mr. Lopez's employment as CSOs and the allegations in their Complaint.

9.  Orlando Munoz
    FBI Agent
    Department of Justice
    P.O. Box 1630
    San Antonio, Texas 78296

    Mr. Munoz is an FBI agent who entered the Federal Courthouse Building in Brownsville, Texas on December 14, 1999.

10. Mirella Nava
    FBI Agent
    Department of Justice
    P.O. Box 1630
    San Antonio, Texas 78296

    Ms. Nava is an FBI agent who entered the Federal Courthouse Building in Brownsville, Texas on December 14, 1999.

11. Bill Sherrill
    Akal Security, Inc.
    Federal Courthouse
    600 E. Harrison Street
    Brownsville, Texas 78520

    Mr. Sherrill has knowledge regarding Roy Zepeda.

12. Richard Wimberly
    Director of Judicial Circuits
    Akal Security, Inc.
    Federal Courthouse
    600 E. Harrison Street
    Brownsville, Texas 78520

    Mr. Wimberly has knowledge regarding the employments of both Plaintiffs in this action.

13. Roy Zepeda
    Lead CSO
    Federal Courthouse
    600 E. Harrison Street
    Brownsville, Texas 78520

    Mr. Zepeda has knowledge regarding his qualifications and Plaintiffs' allegations in this lawsuit.

14. Honorable Filemon B. Vela
    Federal Courthouse
    600 E. Harrison Street
    Brownsville, Texas 78520

    The Honorable Judge Vela has knowledge regarding his requests regarding courtroom security personnel assignments.

15. Honorable Hilda G. Tagle
    Federal Courthouse
    600 E. Harrison Street
    Brownsville, Texas 78520

    The Honorable Tagle has knowledge regarding her requests regarding courtroom security personnel assignments.

16. Custodian of Records
    Internal Revenue Service
    3651 S. Interregional Hwy.
    Photocopy Unit, Stop 6716
    Austin, Texas 73301
    (800) 829-1040

    The Custodian of Records has knowledge of Plaintiff's IRS records.

17. Custodian of Records
    Equal Employment Opportunity Commission
    5410 Fredericksburg Road, Suite 200
    San Antonio, Texas 78229
    (210) 281-7600

    The Custodian of Records has knowledge regarding Plaintiff's EEOC records.

18.    Custodian of Records
Texas Commission on Human Rights
P.O. Box 13493
Austin, Texas
(512) 437-3450

The Custodian of Records has knowledge regarding Plaintiff's TCHR records.

19.    Custodian of Records
Texas Workforce Commission
101 E. 15th St., Rm. 651
Austin, Texas 78778
(512) 463-2421

The Custodian of Records has knowledge regarding Plaintiff's TWC records.

B.    A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE:**

1. Plaintiff Fry's personnel file.

2. Plaintiff Lopez's personnel file.

3. Plaintiff Fry's Equal Employment Opportunity Commission file.

4. Plaintiff Lopez's Equal Employment Opportunity Commission file.

5. Plaintiff Fry's Texas Commission on Human Rights file.

6. Plaintiff Lopez's Texas Commission on Human Rights file.

7. Plaintiff Fry's Texas Workforce Commission file.

8. Plaintiff Lopez's Texas Workforce Commission file.

9. Plaintiff Fry's Internal Revenue Service file.

10. Plaintiff Lopez's Internal Revenue Service file.

11. Records from Plaintiff Fry's current and previous employers.

12. Records from Plaintiff Lopez's current and previous employers.

13. Akal Security, Inc.'s Handbook listing policies and procedures.

14. Contract between Akal Security, Inc. and the United States Marshal Service.

15. Collective Bargaining Agreement with the United Government Security Officers of America.

16. Miscellaneous personnel documents relating to Plaintiff Fry.

17. Miscellaneous personnel documents relating to Plaintiff Lopez.

C. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE**:

This Request is not applicable to Defendant since Defendant is not alleging damages. Further, Defendant denies that Plaintiffs have experienced any damages because of Defendant. Defendant will provide information regarding its entitlement to attorney's fees at an appropriate time in this litigation.

D. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**RESPONSE**:

Defendant will make available and supplement in accordance with the Federal Rules of Civil Procedure.

Dated: July 20, 2001

Respectfully submitted,

*[signature: Raquel G. Pérez]*

Raquel G. Pérez
Attorney-in-Charge
State Bar No. 00784746
Southern District Bar No. 19187
J. Tullos Wells
State Bar No. 21146500
Southern District Bar No. 8337
Bracewell & Patterson, L.L.P.
106 South St. Mary's Street
Suite 800
San Antonio, Texas 78205
Telephone: (210) 226-1166
Facsimile: (210) 226-1133

ATTORNEYS FOR DEFENDANT
AKAL SECURITY, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Defendant's Initial Disclosures has been sent by certified mail, return receipt requested, to counsel of record for Plaintiff, Michael Raphael Cowen, 765 East 7th Street, Suite A, Brownsville, Texas 78520 on this the 20th day of July, 2001.

*[signature: Raquel G. Pérez]*

Raquel G. Pérez