11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **ALLEN FRY and MIGUEL LOPEZ** | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-72 |
| | § | |
| **AKAL SECURITY, INC.,** | § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF WRITTEN DISCOVERY

The following was served on counsel of record on the 22nd day of August, 2001:

1)   Plaintiff Allen Fry's Objections, Answers and Responses to Defendant's Interrogatories and Requests for Production ; and,

2)   Plaintiff Miguel Lopez's Objections, Answers and Responses to Defendant's Interrogatories and Requests for Production..

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:   (956) 504-3674

_____
Michael R. Cowen
State Bar No. 00795306
S.D.Tex ID No. 19967
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On this the 22nd day of August, 2001, a true and correct copy of the above and foregoing Certificate of Written Discovery was sent to opposing counsel in the manner indicated below:

**CMRRR#7000-0600-0025-9262-9662**
Ms. Raquel G. Perez
Bracewell & Patterson, L.L.P.
800 One Alamo Center
106 South Street Mary's St
San Antonio, TX 78205

_____
Michael R. Cowen