12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 3 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALLEN FRY and MIGUEL LOPEZ § | |
| § | |
| Plaintiffs, § | |
| § | |
| V. § | CIVIL ACTION NO. B-01-72 |
| § | |
| AKAL SECURITY, INC., § | |
| § | |
| Defendant. § | |

## CERTIFICATE OF WRITTEN DISCOVERY

The following was served on counsel of record on the 12th day of September, 2001:

1) Plaintiff Miguel Lopez's First Supplemental Responses to Defendant's Requests for Production.

                                                                                                        Respectfully submitted,

                                                                                                        MICHAEL R. COWEN, P.C.
                                                                                                         765 E. 7th Street, Suite A
                                                                                                            Brownsville, Texas 78520
                                                                                                             Telephone: (956) 541-4981
                                                                                                             Facsimile: (956) 504-3674

                                                                                                             Michael R. Cowen
                                                                                                             State Bar No. 00795306
                                                                                                             Federal ID No. 19967

                                                                                                             ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

On this the 12th day of September, 2001, a true and correct copy of the above and foregoing Certificate of Written Discovery was sent to opposing counsel in the manner indicated below:

**CMRRR#7000-0600-0025-9262-9600**
Ms. Raquel G. Perez
Bracewell & Patterson, L.L.P.
800 One Alamo Center
106 South Street Mary's St
San Antonio, TX 78205

_____
Michael R. Cowen

ClibPDF - www.fastio.com