IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



| | | |
|---|---|---|
| ALLEN FRY and MIGUEL LOPEZ | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-72 |
| | § | |
| AKAL SECURITY, INC., | § | |
| | § | |
| Defendant. | § | |

NOTICE OF VACATION

The Law Office of Michael R. Cowen, P.C. will be on vacation on the following dates:

Thursday, January 3, 2002 through Tuesday, January 8, 2002

Please do not schedule any hearings, trials, or other proceedings on those dates

Respectfully submitted,

MICHAEL R. COWEN, P.C.
765 E. 7th Street, Suite A
Brownsville, Texas 78520
Telephone:   (956) 541-4981
Facsimile:   (956) 504-3674

Michael R. Cowen
State Bar No. 00795306
Federal Bar # 19967

## **CERTIFICATE OF SERVICE**

I hereby certify that on this ~~26th~~ _____ day of December, 2001, a true and correct copy of the above and foregoing document was mailed to opposing counsel as indicated below:

Raquel G. Perez
J. Tullos Wells
BRACEWELL & PATTERSON
106 South St. Mary's Street, Suite 800
San Antonio, Tx. 78205

_____
Michael R. Cowen