16

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2002

Michael N. [illegible], Clerk of Court
By Deputy Clerk [signature]

| | | |
|---|---|---|
| ALLEN FRY and MIGUEL LOPEZ, | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-01-CV-72 |
| AKAL SECURITY, INC., | § § § | |
| Defendant. | § § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR LEAVE TO FILE ITS FIRST AMENDED ANSWER**

The matter before the Court is Defendant's Unopposed Motion for Leave to File Its First Amended Answer. (DOCKET NO. 14)

After considering the First Amended Answer, the status of this case, and the liberal rules for allowing amended pleadings under the Federal Rules of Civil Procedure, the Court is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant's Unopposed Motion for Leave to File Its First Amended Answer is hereby granted and the clerk is ordered to file this document, which is attached to the Motion, in the official record of this case.

SIGNED this __4th__ day of __FEBRUARY__, 2002.

[signature]
UNITED STATES ~~DISTRICT~~ JUDGE
MAGISTRATE

PERERG\912625\009082
SAN ANTONIO\582674 1