17

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Ct
Southern District of Texas
ENTERED

FEB 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLEN FRY AND MIGUEL LOPEZ | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-072 |
| AKAL SECURITY, INC. | § | |

TYPE OF CASE:        __X__ CIVIL                              ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING

**HEARING ON DEFENDANT AKAL SECURITY, INC.'S MOTION TO SEVER OR, IN THE ALTERNATIVE, FOR SEPARATE TRIALS WITH SUPPORTING AUTHORITIES**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**FEBRUARY 26, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U S MAGISTRATE JUDGE

DATE    FEBRUARY 4, 2002

TO      MR. MICHAEL COWEN
        MR J TULLOS WELLS
        MS RAQUEL PEREZ