THE HONORABLE JOHN WM. BLACK

HEARING ON DEFENDANT AKAL SECURITY, INC.'S
MOTION TO SEVER OR, IN THE ALTERNATIVE, FOR SEPARATE
TRIALS WITH SUPPORTING AUTHORITIES

FEB 2 6 2002

| | |
|---|---|
| CIVIL ACTION NO. B-01-072 | DATE & TIME: 02-26-02 AT 1:30 P.M. |
| ALLEN FRY AND MIGUEL LOPEZ | PLAINTIFF(S) MICHAEL COWEN<br>COUNSEL |
| VS. | |
| AKAL SECURITY, INC. | DEFENDANT(S) J. TULLOS WELLS<br>COUNSEL RAQUEL G. PEREZ |

---

ERO: Linda Garcia
CSO: Dan Figueroa

Attorneys Michael Cowen and Bob Nichols appeared in the courtroom.

Parties will mediate this case.

Motion is taken under advisement.