# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### ADR MEMORANDUM TO CLERK OF COURT

(To be submitted in duplicate
if case settles before ADR *or* within
10 days after completion of ADR.)

United States Courts
Southern District of Texas
RECEIVED

APR - 9 2002

Michael N. Milby, Clerk of Court

Allen Fry & Miguel Lopez
_____
                Plaintiff(s),
V.
AKAL Security, Inc.
_____
                Defendant(s).

DIVISION   Brownsville Division
CIVIL ACTION NO. B-01-CV-72

ADR METHOD:   Mediation   __X__        Arbitration   ____
              Mini-trial  ____         Summary Jury Trial ____

TYPE OF CASE: Wrongfull Termination - Age Discrimination

1. Please check one of the following:
   The case referred to ADR settled __X__ or did not settle ____.

2. My total fee and expenses were: $ 1,500.00 .
   (If you had no fees and expenses, please indicate if the case settled before ADR, OR if the ADR proceeding was conducted on a no-fee basis pursuant to order of the Court or agreement of the parties.)
   _____
   _____

3. Please list names, addresses and telephone numbers of all parties and all counsel of record:

Mr. Michael R. Cowen
ATTORNEY AT LAW
765 East 7th Street, Ste. A
Brownsville, Texas 78520
(956) 541-4981

Allen Fry
(Address and phone number unknown)

Ms. Raquel G. Perez
ATTORNEY AT LAW
106 S. St. Mary's Street, Ste. 800
San Antonio, Texas 78205
(210) 226-1166

AKAL Security, Inc.
(Address and phone number unknown)

Miguel Lopez
(Address and phone number Unknown)

### ADR PROVIDER

Date: 4/4/02

Name:      Robin W. Welch
Signature: *[signature]*

SDTX-ADR-5/(Rev. 6-15-93)