LAW OFFICES OF

# MICHAEL R. COWEN, P.C.

765 E. 7th Street, Suite A • Brownsville, Texas 78520
Telephone 956/541-4981 • Facsimile 956/504-3674

United States District Court
Southern District of Texas
FILED

April 16, 2002

APR 1 6 2002

Michael N. Milby
Clerk of Court

Honorable Judge John William Black
United States District Court Judge
600 E. Harrison Street
Brownsville, Texas 78520

CA B-01-72

Re:   Civil Action No. B-0172
      **Allen Fry and Miguel Lopez v. AKAL Security, Inc.**

Dear Honorable Judge Black:

Please be advised that the above referenced matter has been resolved and we would like to pass the Final Pretrial and Settlement Conference hearing currently set for Thursday, April 18, 2002 beginning at 1:30 p.m.

By copy of this letter, I am also advising opposing counsel of same.

Thank you.

Sincerely,

MICHAEL R. COWEN, P.C.

Michael R. Cowen
State Bar No. 00795306
Fed. I.D. No. 19967
MRC/lg

xc:   Ms. Raquel G. Perez                **Via Facsimile: (210)226-1133**
      Bracewell & Patterson, L.L.P.
      800 One Alamo Center
      106 South Street Mary's St
      San Antonio, TX 78205