IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ALLEN FRY and MIGUEL LOPEZ, § § Plaintiffs, § § v. § AKAL SECURITY, INC., § § Defendant. § | CIVIL ACTION NO. B-01-CV-72 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Allen Fry and Miguel Lopez, Plaintiffs in the above-styled action, and Akal Security, Inc., Defendant in the above-styled action, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby agree and stipulate that this action is hereby DISMISSED WITH PREJUDICE. The parties also hereby agree and stipulate that Plaintiffs shall be solely responsible for their own costs and attorney's fees incurred as a result of this Lawsuit and that Defendant shall be solely responsible for its own costs and attorney's fees incurred as a result of this Lawsuit.

AGREED:

_____    4-18-02
Michael R. Cowen            Date
State Bar No. 00795306
Federal ID No. 19967
Michael R. Cowen, P.C.
Suite A
765 East 7th Street
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

ATTORNEY FOR PLAINTIFFS
ALLEN FRY and MIGUEL LOPEZ


_____    May 1, 2002
J. Tullos Wells             Date
State Bar No. 21146500
Raquel G. Pérez
State Bar No. 00784746
BRACEWELL & PATTERSON, L.L.P.
Suite 800, One Alamo Center
106 South St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 226-1166
Facsimile: (210) 226-1133

ATTORNEYS FOR DEFENDANT
AKAL SECURITY, INC.

590836.1