IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALLEN FRY and MIGUEL LOPEZ, | § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-01-CV-72 |
| AKAL SECURITY, INC., | § § | |
| Defendant. | § § | |

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

On this date came on to be considered the above-styled and numbered cause, and

It appearing to the Court that the parties have filed a Stipulation of Dismissal with Prejudice and have agreed to entry of this Judgment,

Judgment is hereby ordered that the above-styled and numbered cause be and it is hereby DISMISSED WITH PREJUDICE, with Plaintiffs to be solely responsible for their own costs and attorney's fees and Defendant to be solely responsible for its own costs and attorney's fees.

SIGNED and ENTERED this _____ day of _____, 2002.

HONORABLE FILEMON B. VELA
UNITED STATES DISTRICT JUDGE

AGREED:

_[signature]_      4-18-02
Michael R. Cowen      Date
State Bar No. 00795306
Federal ID No. 19967
Michael R. Cowen, P.C.
Suite A
765 East 7th Street
Brownsville, Texas 78520
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

ATTORNEY FOR PLAINTIFFS
ALLEN FRY and MIGUEL LOPEZ


_[signature: Raquel G. Pérez]_      May 1, 2002
J. Tullos Wells      Date
State Bar No. 21146500
Raquel G. Pérez
State Bar No. 00784746
BRACEWELL & PATTERSON, L.L.P.
Suite 800, One Alamo Center
106 South St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 226-1166
Facsimile: (210) 226-1133

ATTORNEYS FOR DEFENDANT
AKAL SECURITY, INC.

590836.1